**STATE of Missouri, Respondent,**

v.

**Richard E. MEISSNER, Appellant.**

No. WD 58587.

Missouri Court of Appeals,
Western District.

June 5, 2001.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 24, 2001.

Application for Transfer Denied
Sept. 25, 2001.

Susan L. Hogan, Appellate Defender,
Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Lisa M. Sutherland, Asst. Attorney Gener-
al, Jefferson City, for Respondent.

Before PAUL M. SPINDEN, Chief
Judge, PATRICIA A. BRECKENRIDGE,
and VICTOR C. HOWARD, Judges.

**152**

## ORDER

A jury convicted Richard E. Meissner of first-degree robbery and of armed criminal action. On appeal, he contends that the circuit court erred by failing to declare a mistrial because of the prosecutor's remarks during closing arguments. We affirm the circuit court's judgment. Rule 30.25(b).